Decided September 9, 1999

STATE OF CONNECTICUT *v.* MICHAEL HARRIS

The defendant's petition for certification for appeal from the Appellate Court, 54 Conn. App. 18 (AC 17487), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Jeremiah Donovan,* special public defender, in support of the petition.

*Denise B. Smoker*, assistant state's attorney, in opposition.

Decided September 9, 1999